JEG:AHT
F.#2010R00700

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    -against-

JEAN CLAUDE BERNAGENE,

           Defendant.

- - - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. No. _____
(T. 26, U.S.C., § 7206(2);
T. 18, U.S.C., §§ 3551
et seq.)

THE GRAND JURY CHARGES:

At all times relevant to this Indictment:

INTRODUCTION

1.    The defendant JEAN CLAUDE BERNAGENE worked at a tax preparation business in Brooklyn, New York.

2.    As part of the tax preparation business, and in exchange for fees, the defendant JEAN CLAUDE BERNAGENE prepared United States Individual Income Tax Returns ("Forms 1040") for submission to the Internal Revenue Service ("IRS"). For the relevant Forms 1040, the defendant JEAN CLAUDE BERNAGENE prepared, as attachments, itemized deduction schedules ("Schedules A"). The Forms 1040 claimed entitlement, under the provisions of the internal revenue code, to deductions listed on the Schedules A, which resulted in reduced tax liability and increased tax refunds.

2

3.   For the tax years 2003, 2004, 2005, and 2006, the defendant JEAN CLAUDE BERNAGENE prepared false tax returns for the individual taxpayers listed below in counts 1 through 44, and electronically transmitted these returns to the IRS from his office located at 2014 Church Ave, Brooklyn, New York.  As BERNAGENE then and there well knew and believed, the deductions and expenses claimed on the Schedules A that he prepared were false and inflated, and the taxpayers were not entitled to the deductions claimed.  BERNAGENE's actions resulted in the taxpayers receiving falsely inflated tax refunds.

COUNTS ONE THROUGH FORTY-FOUR
(Aiding and Assisting the Preparation of False Tax Returns)

4.   The allegations contained in paragraphs 1 through 3 are realleged and incorporated as if fully set forth herein.

5.   On or about the dates set forth below, within the Eastern District of New York and elsewhere, the defendant JEAN CLAUDE BERNAGENE did knowingly and willfully aid and assist in, and procure, counsel and advise the preparation and presentation under, and in connection with a matter arising under, the internal revenue laws, of returns, claims and other documents, to wit: Forms 1040 and attached Schedules A for the taxpayers, whose identities are known to the Grand Jury, and the tax years listed below, which returns, claims and other documents were false and fraudulent as to material matters, in that the Schedule A forms claimed purported expenses, including charitable donations,

unreimbursed job expenses, union dues deductions, tuition tax

credits and other miscellaneous deductions that were determined

to be fabricated, falsified or grossly inflated and which the

defendant then and there well knew and believed were falsely

inflated or created.  The Forms 1040 thereby understated the

amount of tax that was due and owing to the IRS:

| COUNT | TAXPAYER | TAX YEAR | APPROXIMATE DATE OF FILING | TOTAL FRAUDULENT REFUND |
|-------|----------|----------|----------------------------|-------------------------|
| 1 | Taxpayer #1 | 2003 | 04/15/2004 | $1,057 |
| 2 | Taxpayer #1 | 2004 | 04/15/2005 | $968 |
| 3 | Taxpayer #1 | 2005 | 04/15/2006 | $1,155 |
| 4 | Taxpayer #1 | 2006 | 04/15/2007 | $1,072 |
| 5 | Taxpayer #2 | 2004 | 04/15/2005 | $1,403 |
| 6 | Taxpayer #2 | 2005 | 04/15/2006 | $1,620 |
| 7 | Taxpayer #2 | 2006 | 04/15/2007 | $1,620 |
| 8 | Taxpayer #3 | 2003 | 04/15/2004 | $585 |
| 9 | Taxpayer #3 | 2004 | 04/15/2005 | $1,215 |
| 10 | Taxpayer #3 | 2005 | 04/15/2006 | $1,448 |
| 11 | Taxpayer #3 | 2006 | 04/15/2007 | $1,805 |
| 12 | Taxpayer #4 | 2003 | 04/15/2004 | $2,008 |
| 13 | Taxpayer #4 | 2004 | 04/15/2005 | $2,876 |
| 14 | Taxpayer #4 | 2005 | 04/15/2006 | $1,950 |
| 15 | Taxpayer #4 | 2006 | 04/15/2007 | $2,714 |
| 16 | Taxpayer #5 | 2003 | 04/15/2004 | $1,148 |
| 17 | Taxpayer #5 | 2004 | 04/15/2005 | $500 |

| 18 | Taxpayer #5 | 2005 | 04/15/2006 | $1,860 |
|---|---|---|---|---|
| 19 | Taxpayer #6 | 2003 | 04/15/2004 | $1,860 |
| 20 | Taxpayer #6 | 2004 | 04/15/2005 | $1,635 |
| 21 | Taxpayer #6 | 2005 | 04/15/2006 | $1,928 |
| 22 | Taxpayer #6 | 2006 | 04/15/2007 | $2,355 |
| 23 | Taxpayer #7 | 2003 | 04/15/2004 | $1,890 |
| 24 | Taxpayer #7 | 2004 | 04/15/2005 | $4,437 |
| 25 | Taxpayer #7 | 2005 | 04/15/2006 | $2,628 |
| 26 | Taxpayer #7 | 2006 | 04/15/2007 | $7,003 |
| 27 | Taxpayer #8 | 2003 | 04/15/2004 | $1,245 |
| 28 | Taxpayer #8 | 2004 | 04/15/2005 | $2,229 |
| 29 | Taxpayer #8 | 2005 | 04/15/2006 | $2,317 |
| 30 | Taxpayer #8 | 2006 | 04/15/2007 | $2,790 |
| 31 | Taxpayer #9 | 2003 | 04/15/2004 | $1,679 |
| 32 | Taxpayer #9 | 2004 | 04/15/2005 | $1,214 |
| 33 | Taxpayer #9 | 2005 | 04/15/2006 | $1,739 |
| 34 | Taxpayer #9 | 2006 | 04/15/2007 | $2,572 |
| 35 | Taxpayer #10 | 2003 | 04/15/2004 | $1,725 |
| 36 | Taxpayer #10 | 2004 | 04/15/2005 | $1,213 |
| 37 | Taxpayer #10 | 2005 | 04/15/2006 | $1,185 |
| 38 | Taxpayer #10 | 2006 | 04/15/2007 | $1,298 |
| 39 | Taxpayer #11 | 2003 | 04/15/2004 | $1,058 |
| 40 | Taxpayer #11 | 2004 | 04/15/2005 | $2,422 |
| 41 | Taxpayer #11 | 2005 | 04/15/2006 | $2,040 |

5

| 42 | Taxpayer #11 | 2006 | 04/15/2007 | $2,253 |
|---|---|---|---|---|
| 43 | Taxpayer #12 | 2006 | 04/15/2007 | $2,130 |
| 44 | Taxpayer #13 | 2006 | 04/15/2007 | $1,520 |
| **Total** | | | | **$83,155** |

(Title 26, United States Code, Section 7206(2); Title 18, United States Code, Sections 3551 et seq.)

A TRUE BILL

FOREPERSON

BENTON J. CAMPBELL
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

## INFORMATION SHEET

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK

1.  Title of Case:  **United States v. Jean Claude Bernagene**

2.  Related Magistrate Docket Number(s):
    None ( X )

3.  Arrest Date:  **None**

4.  Nature of offense(s):  ☒     Felony
                          ☐     Misdemeanor

5.  Related Civil or Criminal Cases - Title and Docket No(s).  (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules)

    _____

6.  Projected Length of Trial:     Less than 6 weeks     (X)
                                    More than 6 weeks     ( )

7.  County in which crime was allegedly committed: <u>Brooklyn</u>
    (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8.  Has this indictment/information been ordered sealed?      ( X ) Yes  ( ) No

9.  Have arrest warrants been ordered?                        ( X ) Yes  ( ) No

10. Is there a capital count included in the indictment?      ( ) Yes  (X) No


                                        BENTON J. CAMPBELL
                                        UNITED STATES ATTORNEY


                            By:    _____

                                        Amir Toossi
                                        Assistant United States Attorney
                                        (718) 254-6176